NO.: 5:18-CR-00131-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEARANCE |
| RAMON ESTEBAN PAEZ-JEREZ | |

Undersigned counsel comes and enters this Notice of Appearance on behalf of Defendant

Ramon Esteban Paez-Jerez, in this matter. Counsel for the Defendant respectfully requests that the

Clerk of Court direct any and all correspondence to the undersigned at the address below.

Respectfully submitted this 25th day of April, 2018.

TARLTON | POLK PLLC

/s/ J. Brad Polk
J. BRAD POLK
Attorney for Defendant
150 Fayetteville Street, Suite 930
Raleigh, North Carolina 27601
Post Office Box 1386
Raleigh, NC 27602
Telephone: 919.948.6464
Fax: 919.400.4200
E-mail: bpolk@tarltonpolk.com
N.C. State Bar No. 36998

*Designation: Retained*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Sebastian Kielmanovich
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
919-856-4909
Email: sebastian.kielmanovich@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on April 25, 2018, using the CM/ECF system which will send notification of such filing to the above.

This the 25th day of April, 2018.

TARLTON | POLK PLLC

<u>/s/ J. Brad Polk</u>
J. BRAD POLK
Attorney for Defendant
150 Fayetteville Street, Suite 930
Raleigh, North Carolina 27601
Post Office Box 1386
Raleigh, NC 27602
Telephone: 919.948.6464
Fax: 919.400.4200
E-mail: bpolk@tarltonpolk.com
N.C. State Bar No. 36998