UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:18-CR-00131-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON ESTEBAN PAEZ-JEREZ | **NOTICE OF WITHDRAW OF PRE-TRIAL MOTION** |

The undersigned, on behalf of Mr. Paez-Jerez, give notice to this Court that Mr. Paez-Jerez is withdrawing his pre-trial motion at DE 24 since he has accepted a plea agreement where the Government will move to dismiss the aggravated identity theft charge at issue in the pre-trial motion.

Respectfully submitted this 10th day of August, 2018.

TARLTON | POLK PLLC


/s/ Raymond C. Tarlton
RAYMOND C. TARLTON
N.C. State Bar No. 38784
Email: rtarlton@tarltonpolk.com

/s/J. Brad Polk
J. BRAD POLK
N.C. State Bar No. 36998
Email: bpolk@tarltonpolk.com

Attorneys for Defendant Paez-Jerez
150 Fayetteville Street, Suite 930
Raleigh, North Carolina 27601
Post Office Box 1386
Raleigh, NC 27602
Telephone: 919.948.6464
Fax: 919.400.4200
*Designation: Retained*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Sebastian Kielmanovich
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
919-856-4909
Email: sebastian.kielmanovich@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on August 10, 2018, using the CM/ECF system which will send notification of such filing to the above.

This the 10th day of August, 2018.

TARLTON | POLK PLLC

<u>/s/ Raymond C. Tarlton</u>
RAYMOND C. TARLTON
Attorney for Defendant Paez-Jerez