UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00131-FL

FILED IN OPEN COURT
ON 8/14/2018 MC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **C R I M I N A L** |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | |
| RAMON ESTEBAN PAEZ-JEREZ | ) | |

The United States Attorney charges that:

### General Allegations

At all times relevant to this Criminal Information:

1. The Immigration and Nationality Act (INA) governs the immigration laws of the United States.

2. The term "alien" means any person not a citizen or national of the United States.

3. Pursuant to the INA, aliens are not permitted to permanently reside in the United States unless they are lawful permanent residents.

4. The defendant, RAMON ESTEBAN PAEZ-JEREZ, was an alien born in the Dominican Republic.

5. On or about October 4, 1986, the defendant, RAMON ESTEBAN PAEZ-JEREZ, was arrested by the United States Border Patrol in Texas when he attempted to enter the United States illegally without inspection.

1

6. On April 16, 1988, the defendant, RAMON ESTEBAN PAEZ-JEREZ, was ordered deported at Harlingen, Texas. The defendant, RAMON ESTEBAN PAEZ-JEREZ, failed to appear for his scheduled deportation.

7. On March 9, 1988, the defendant, RAMON ESTEBAN PAEZ-JEREZ, using the means of identification of an individual having initials C.J.P., born in the Dominican Republic, submitted an application for status as a temporary resident of the United States pursuant to the amnesty program under Section 245A of the INA.

8. On August 9, 1988, the defendant, RAMON ESTEBAN PAEZ-JEREZ, was approved for temporary resident status of using the C.J.P. identity.

9. On June 27, 1989, the defendant, RAMON ESTEBAN PAEZ-JEREZ, was granted lawful permanent resident status using the C.J.P. identity.

10. On August 8, 1996, the defendant, RAMON ESTEBAN PAEZ-JEREZ, applied for United States citizenship using the C.J.P. identity.

11. On February 12, 1999, the defendant, RAMON ESTEBAN PAEZ-JEREZ, was granted United States citizenship under the C.J.P. identity subsequent to an oath and swearing in ceremony in New York.

2

12. On July 7, 2007, the defendant, RAMON ESTEBAN PAEZ-JEREZ, registered to vote in North Carolina, under the C.J.P. identity, and attested under the penalty of perjury that he was C.J.P., a citizen of the United States. The defendant, RAMON ESTEBAN PAEZ-JEREZ, was assigned a polling place located in Wake County, North Carolina.

13. On or about September 16, 2009, the defendant, RAMON ESTEBAN PAEZ-JEREZ, applied for a United States passport using the C.J.P. identity.

14. On November 8, 2016, the defendant, RAMON ESTEBAN PAEZ-JEREZ, voted in the General Election of 2016 in Wake County, North Carolina, knowing he had obtained on behalf of himself United States citizenship contrary to law under the C.J.P. identity.

## COUNT ONE

On or about September 16, 2009, in the Eastern District of North Carolina, the defendant, RAMON ESTEBAN PAEZ-JEREZ, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated he was an individual having initials C.J.P., and that he had never used a different

3

name, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

**COUNT TWO**

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, RAMON ESTEBAN PAEZ-JEREZ, an alien, knowing he had obtained his United States citizenship by fraud or misrepresentation of a material fact, and was not at the time eligible to vote in the United States, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

ROBERT J. HIGDON, JR.
United States Attorney


BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

4